FILED: 3/24/2015 2:11:31 PM
SHERRI ADELSTEIN
Denton County District Clerk
By: Joanna Price, Deputy

## CAUSE NO. 14-07273-431

| | | |
|---|---|---|
| **IN THE MATTER OF THE** | § | **IN THE DISTRICT COURT** |
| **MARRIAGE OF:** | § | |
| | § | FILED IN |
| | § | 2nd COURT OF APPEALS |
| **KARLA SEIDL** | § | FORT WORTH, TEXAS |
| **AND** | § | **431ˢᵗ JUDICIAL DISTRICT** 3/25/2015 10:04:19 AM |
| **ROBERT SEIDL** | § | DEBRA SPISAK |
| | § | Clerk |
| **AND IN THE INTEREST OF:** | § | |
| **R.F.S., A.L.S. AND R.R.S., CHILDREN** | § | **DENTON COUNTY, TEXAS** |

## NOTICE OF APPEAL

This Notice of Appeal is filed by ROBERT SEIDL, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.     The trial court, cause number, and style of this case are as shown in the caption above.

2.     The judgment or order appealed from was signed on March 23, 2015 and entitled Final Decree of Divorce.

3.     ROBERT SEIDL desires to appeal from the Division of the Marital Estate provision.

4.     This appeal is being taken to the Second District of Texas, Fort Worth Court of Appeals.

5.     This notice is being filed by ROBERT SEIDL.

6.     This is an accelerated appeal.  This is not a parental termination case or a child protection case.

Respectfully submitted,

**THE WIDNER LAW GROUP**
2911 Turtle Creek Blvd., #405
Dallas, Texas 75219
Tel: 469-563-4800
Fax: 972-692-8951


By: /s/ Robert S. Widner_____
     ROBERT S. WIDNER
     State Bar No. 00792092
     Email: robertwidner@gmail.com
     Attorney for ROBERT SEIDL

---

NOTICE OF APPEAL (Seidl)                                                                 Page - 1

## CERTIFICATE OF SERVICE

Counsel for Movant/Appellant certifies that a true copy of this Notice has been served in accordance with TRAP 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:  KARLA SEIDL
Lead attorney: Laurence A. DePlaza
Address of service: 5172 Village Creek Drive #103, Plano, Texas 75093
Email Address: ldeplaza@deplazafamilylaw.com, sheila@deplazafamilylaw.com
Method of service:    by electronic service
Date of service:  March 24, 2015

A copy of this Notice is being filed with the Appellate Clerk in accordance with TRAP 25.1(e).

 /s/ Robert S. Widner _____
ROBERT S. WIDNER
Attorney for ROBERT SEIDL